**Order filed June 25, 2019**



In The

# Fourteenth Court of Appeals

_____

NO. 14-19-00320-CV
NO. 14-19-00321-CV

_____

## IN THE INTEREST OF G.A.-G., J.S.A.-S., CHILDREN

---

**On Appeal from the 309th District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 2007-20638 & 2008-39339**

---

## ORDER

These are accelerated appeals from judgments in suits in which the termination of the parent-child relationship is at issue. We ordered hearings in these cases to determine when the court reporter's record could be filed. The trial court held hearings on June 5, 2019 and June 10, 2019. Records of the hearings were filed with this court on June 18, 2019.

The parties agreed that the court reporter would transcribe the trial, which took place between March 14, 2013 through April 10, 2013 and December 3, 2018 in addition to several hearings held before and after trial. At the first hearing the court

reporter testified that she could produce the record of the original 2013 trial in 30 days. At the second hearing, appellant's counsel and the court reporter agreed that the record could be produced in 60 days giving a potential due date for filing the entire record of August 20, 2019.

Appeals in parental termination cases and child protection cases are to be brought to final disposition within **180 days** of the date the notice of appeal is filed. *See* Tex. R. Jud. Admin. 6.2(a). The 180-day deadline in these appeals is **October 14, 2019.**

Delores Johnson, the official court reporter for the 234th District Court is directed to file the reporter's record of in these appeals, on or before **August 20, 2019.** No further extensions will be entertained.

Appellant's brief is due 20 days after the reporter's record is filed. No extensions absent exceptional circumstances will be entertained.

PER CURIAM